NUMBER13-06-674-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________


MOISES SAAVEDRA, Appellant,


v.



ELECTRIC FIXTURE SUPPLY, INC., Appellee.

_______________________________________________________


On appeal from the 197th District Court


of Cameron County, Texas.


_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, MOISES SAAVEDRA, perfected an appeal from a judgment entered
by the 197th District Court of Cameron County, Texas, in cause number 2006-12-5575-C. The clerk's record was filed on February 14, 2007. The reporter's record
was filed on February 1, 2007. Appellant's brief was due on March 16, 2007. To
date, no appellate brief has been received.

 When the appellant has failed to file a brief in the time prescribed, the Court
may dismiss the appeal for want of prosecution, unless the appellant reasonably
explains the failure and the appellee is not significantly injured by the appellant's failure
to timely file a brief. Tex. R. App. P. 38.8(a)(1).

 On April 10, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). Appellant was given ten days to
explain why the cause should not be dismissed for failure to file a brief. To date, no
response has been received.

 The Court, having examined and fully considered the documents on file,
appellant's failure to file a proper appellate brief, this Court's notice, and appellant's
failure to respond, is of the opinion that the appeal should be dismissed for want of
prosecution. The appeal is hereby DISMISSED FOR WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and 

filed this the 5th day of July, 2007